UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JASON WAWIERNIA, on behalf of Plaintiff and the class members described herein, | Case No. |
| | Judge: |
| Plaintiff, | Magistrate Judge: |
| v | |
| LOWE'S HOME CENTERS, LLC, | Lower Court:  Circuit Court for the County of Eaton |
| | Case No. 24-644-CZ |
| Defendant. | Hon. Janice K. Cunningham |

---

**<u>NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1332</u>**

Defendant, Lowe's Home Centers, LLC ("Lowe's"), through its attorneys, Plunkett Cooney, and pursuant to 28 U.S.C. § 1332, 1441 and 1446, submits this Notice of Removal from the Circuit Court for the County of Eaton, State of Michigan to the United States District Court for the Western District of Michigan based upon the following:

1. On June 25, 2024, Plaintiff, Jason Wawiernia, on behalf of himself and a putative class, filed a "Class Action Complaint" in the Circuit Court for the County of Eaton, State of Michigan, which was assigned Case No. 24-644-CZ.  (**Exhibit A**- Plaintiff's Class Action Complaint).

2. Lowe's first received a copy of the Summons and Class Action Complaint on July 3, 2024 through service via certified mail on its registered agent.

3. Removal is proper under 28 U.S.C. § 1332(a) because there is complete diversity between Plaintiff and Lowe's and the amount in controversy exceeds $75,000.

4.      Plaintiff is a resident of Eaton County, State of Michigan. (**Exhibit A**, ¶ 3)

5.      Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc.; Lowe's Companies, Inc. is a North Carolina Corporation with its principal place of business in North Carolina.  (**Exhibit A**, ¶4)

6.      Plaintiff seeks compensatory damages, punitive damages, attorney's fees, and other relief and appropriate damages that in total exceeds $75,000 in controversy, exclusive of cost and interest.  This amount in controversy does not include any alleged amounts in controversy applicable to the putative class.

7.      In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Lowe's in the state court action, which is the Summons and Class Action Complaint, are attached hereto as **Exhibit A**.

8.      This notice has been filed with this Court within thirty days after Lowe's first became aware of this matter on July 3, 2024, therefore removal is timely.

9.      A true and correct copy of this Removal is being filed with the Clerk of the Court for the Circuit Court for the County of Eaton, State of Michigan, as provided for by law and served on Plaintiff.  (**Exhibit B**)

WHEREFORE, Defendant, Lowe's Home Centers, LLC, respectfully requests that the removal of this action be affected from the Circuit Court for the County of Eaton, State of Michigan, to the United States District Court for the Western District of Michigan.

Respectfully submitted,

PLUNKETT COONEY

BY:    */s/Jeffrey S. Hengeveld*
JEFFREY S. HENGEVELD (P66029)
RIDLEY S. NIMMO, II (P54783)
Attorneys for Defendant
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 594-8202
jhengeveld@plunkettcooney.com
rnimmo@plunkettcooney.com

Dated:  August 2, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and that I have mailed by United States Postal Service to any parties that are not ECF participants.

*/s/Debra L. Vogt*
DEBRA L. VOGT
PLUNKETT COONEY

Open.11349.42352.33962906-1